**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trustees of the Duluth Building
Trades Health and Welfare Fund
Trust Agreement,

Court File: Civ. 00-1035 DWF/RLE

Plaintiffs,

**ORDER FOR DISMISSAL**

v.

Mary Jo Putkonen, Karen
Bevka, Frank Bevka, Jr.,
Kathleen Bevka, and
Rosie Isaacson,

Defendants.

---

Based upon the Stipulations of Settlement filed herein,

**IT IS HEREBY ORDERED AS FOLLOWS,**

1. The entire death benefit in the amount of $5,000.00 shall be paid and distributed to Peter J. Mulvahill, Attorney at Law, Suite One Norwest Bank Building, 301 West Howard Street, Hibbing, Minnesota 55746, to be deposited in the Mulvahill Law Office trust account thereby eliminating any requirement of a Court determination as to who is the rightful beneficiary of said death benefit.

2. Defendants are each entitled to an equal amount of said death benefit, and said Peter J. Mulvahill will hereby hold said proceeds pending agreement between defendants and their respective counsel as to distribution.

3. Each party shall pay their own attorneys' fees and court costs relative to these proceedings.

4. Defendants shall each to the extent of their receipt of assets as set forth herein hold the plaintiffs and all other defendants harmless from any and all claims that may arise by reason of said

FILED JAN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 18 2001
DEPUTY CLERK

payment and defendants do hereby jointly and severally agree to hold plaintiffs harmless from any liability which might arise by reason of the aforesaid distribution.

Let judgment be entered accordingly.

BY THE COURT:

Dated: January 18, 2001

Honorable Donovan W. Frank
U.S. District Court Judge